# WESTINGHOUSE ELECTRIC CORP. *v.* VAUGHN ET AL.

No. 82–2042.   Argued March 19, 1984—Decided April 30, 1984

*James W. Moore* argued the cause for petitioner.   With him on the briefs were *Walter A. Paulson II* and *Stuart I. Saltman.*

*Clyde E. Murphy* argued the cause for respondent.   With him on the brief were *Jack Greenberg, James M. Nabrit III, Charles Stephen Ralston, O. Peter Sherwood, Ronald L. Ellis, Judith Reed,* and *John W. Walker.**

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

---

*Robert E. Williams, Douglas S. McDowell,* and *Barbara L. Neilson* filed a brief for the Equal Employment Advisory Council as *amicus curiae* urging reversal.